UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID M. SHAW,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | CASE NO. C13-2073-BJR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE |

The Court has reviewed the entire record, memoranda, and the Report and Recommendation of the United States Magistrate Judge Mary Alice Theiler. Although the Report and Recommendation in large part affirms the ALJ's decision, the Magistrate Judge recommends a remands so that the ALJ shall reconsider Dr. Ghazi's testimony. No objections were filed. It is hereby ORDERED as follows:

The Court ADOPTS this report and recommendation.

ORDER ADOPTING REPORT AND
RECOMMENDATION AND REMANDING CASE-
1

FURTHERMORE, the Court REMANDS this case for further administrative proceedings.

The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

Dated this 10th day of September, 2014.

*Barbara J. Rothstein* (signature)

_____
Barbara J. Rothstein
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION AND REMANDING CASE-
2